## 40697. PICKENS v. THE STATE.

Nichols, Presiding Judge. 1. The judgment of this court (*Pickens v. State*, 109 Ga. App. 747, 137 SE2d 404), dismissing the writ of error, having been reversed by the Supreme

Court of Georgia (*Pickens v. State*, 220 Ga. 329, 138 SE2d 655), the judgment of this court is vacated.

2. The facts of this case raise a question indentical to the question decided in *Fair v. State*, ante; therefore, this case is controlled by the decision in *Fair v. State*, and the judgment of the trial court must be affirmed.

*Judgment affirmed. Hall and Russell, JJ., concur.*

DECIDED NOVEMBER 4, 1964—REHEARING DENIED NOVEMBER 17, 1964.

*Jean E. Johnson, Sr.,* for plaintiff in error.

*George D. Lawrence, Solicitor General,* contra.